**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Debra A. Garthe,

Plaintiff,

vs.

Principal Life Insurance Co.,

Defendant.

**Civil No. 01-1227 JMR/FLN**

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO AMEND PLEADINGS**

**STIPULATION**

The parties, by and through their undersigned counsel, hereby stipulate and agree to extend the deadline to amend the pleadings. Defendant, Principal Life Insurance Co., has filed a motion for summary judgment, alleging plaintiff Debra Garthe's state-law claims are preempted under the Employee Retirement Income Security Act ("ERISA"). In lieu of responding to that motion, Garthe has agreed to amend her complaint by replacing her state law claims with claims asserted under ERISA.

Based on the above, the parties stipulate and agree that Garthe shall serve and file her amended complaint within 24 hours of receiving Court approval of this stipulation, or by March 8, 2002, whichever is later. Defendant shall respond to Garthe's amended complaint within the time frames set under the Federal Rules of Civil Procedure.

SO AGREED.

MAR 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: 2/28/, 2002

**DAVID M. VAN SICKLE**

David M. Van Sickle (#292783)
2353 Rice Street, #100
St. Paul, MN 55113
(651) 490-1642

**ATTORNEY FOR PLAINTIFF**

Dated: 2/28, 2002

**FAEGRE & BENSON LLP**

Steven L. Severson (#152857)
Deborah A. Ellingboe (#26216X)
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000

**ATTORNEYS FOR DEFENDANT**

**ORDER**

IT IS SO ORDERED.

DATED: MARCH 6, 2002

FRANKLIN L. NOEL
United States Chief Magistrate Judge

M2:20446069.01